IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN CLOUTIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-1146 |
| ) | |
| TRANS STATES HOLDINGS, INC., ) | |
| and GOJET AIRLINES, LLC ) | |
| ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant GoJet Airlines, LLC ("GoJet" or "Defendant") hereby gives notice of the removal of the above-styled action to this Court from the Circuit Court of Cook County, State of Illinois. In support thereof, GoJet states the following:

1. The action styled *John Cloutier v. Trans States Holdings, Inc. and GoJet Airlines, LLC*, Case No. 2015-L-012107, was filed in the Circuit Court of Cook County, State of Illinois, on or about November 30, 2015.

2. On or about December 28, 2015, GoJet was served with a summons and copy of Plaintiff's Complaint.

3. Trans State Holdings, Inc. has been served in this matter and consents to removal. *See* Trans State Holdings, Inc.'s Consent to Removal attached as Exhibit A.

4. The action arises from Plaintiff's employment with Defendant GoJet Airlines, LLC.

5. In his Complaint, Plaintiff seeks to bring claims for violation of the Family and Medical Leave Act, 29 U.S.C. § 2615 ("FMLA"), the Americans with Disabilities Act of 1990,

as amended ("ADA"), and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*. ("ADEA"). *See* Complaint, ¶ 1.

6. This Notice of Removal is timely because it is filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).

7. Venue of this civil action is proper in this Court pursuant to 28 U.S.C. § 1441(a).

8. The state court action is removable because this Court has jurisdiction based on federal question.

9. The Court has original jurisdiction over the state court action under 28 U.S.C. § 1331 because Plaintiff's causes of action arise under the laws of the United States, namely, the Family and Medical Leave Act, 29 U.S.C. § 2615, the Americans with Disabilities Act of 1990, as amended, and the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*.

10. The state court action, therefore, may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) without regard to the citizenship or residence of the parties or the amount in controversy.

11. Pursuant to 28 U.S.C. § 1446(d), Defendants have given written notice of their filing of this Notice to counsel for Plaintiff. Defendants will also promptly file a copy of this Notice with the Circuit Court of Cook County, State of Illinois.

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders included in the state court file are attached to this Notice as Exhibit B.

WHEREFORE, Defendant GoJet, by and through its counsel, desiring to remove this civil action to the United States District Court for the Northern District of Illinois, prays that the filing of this Petition for and Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Petition for the Notice of Removal with the clerk of the Circuit

Court of Cook County, State of Illinois, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART

*/s/ Rodney A. Harrison*
Michael D. Ray, #6285109
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60603-1891
Telephone: 312-558-1220
michael.ray@ogletreedeakins.com

and

Rodney A. Harrison, #44566MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
rodney.harrison@ogletreedeakins.com

and

*/s/ David J.A. Hayes, III*
David J.A. Hayes, III, #6230976
Leslie Cavender
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, Missouri 63044
Phone: (314) 222-4316
Facsimile: (314) 222-4311

Attorneys for Defendants
GoJet Airlines LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Court and sent the same via U.S. Mail on the 26th day of January, 2016, which sent electronic notification and paper copies to all counsel of record:

      Nicholas Frenzel
      Frenzel Law Group
      120 W. Madison, #1407
      Chicago, IL 60602

      Attorney for Plaintiff

      */s/ Rodney A. Harrison*
      Attorney for Defendant

23553528.1