IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN CLOUTIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-01146 |
| ) | |
| TRANS STATES HOLDINGS, INC., ) | |
| and GOJET AIRLINES, LLC ) | |
| ) | |

## **DEFENDANT GOJET'S MOTION TO DISMISS**

Defendant GoJet Airlines, LLC ("GoJet"), by and through it undersigned counsel, respectfully requests that that this Court dismiss, with prejudice, Plaintiff John Cloutier's ("Plaintiff") Complaint. In support of this Motion, as detailed in its contemporaneously-filed Memorandum of Law in Support, GoJet states as follows:

1. Plaintiff's Complaint ("Complaint") alleges violations of the Family and Medical Leave Act ("FMLA"), Americans with Disabilities Act ("ADA"), and Age Discrimination in Employment Act ("ADEA"), relating to his employment with GoJet.

2. Under 12(b)(1), this Court should dismiss with prejudice the Complaint for lack of subject matter jurisdiction for two reasons.

3. *First,* Plaintiff is a party to a collective bargaining agreement (the "CBA") which expressly requires he arbitrate the claims in this case.

4. *Second,* the Railway Labor Act ("RLA") preempts Count IX of Plaintiff's Complaint because evaluation of the claim requires the Court to interpret provisions of the CBA.

5. For further discussion of the grounds supporting this Motion, GoJet refers the Court to its contemporaneously-filed Memorandum of Law.

**WHEREFORE**, Defendant GoJet Airlines, LLC respectfully requests that the Court enter an order dismissing with prejudice Plaintiff's Complaint; and awarding any other relief that the Court deems just and proper.

Dated: February 1, 2016.	Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

*/s/ Rodney A. Harrison*
Rodney A. Harrison, #44566MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
rodney.harrison@ogletreedeakins.com

and

Michael D. Ray, #6285109
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60603-1891
Telephone: 312-558-1220
michael.ray@ogletreedeakins.com

*/s/ David J.A. Hayes, III*
David J.A. Hayes, III, USDC NDIL#6230976
Leslie Cavender
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, Missouri 63044
Phone: (314) 222-4316
Facsimile: (314) 222-4311

Attorneys for Defendant
GoJet Airlines LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Court on the 1st day of February, 2016, which sent electronic notification to all counsel of record:

      Nicholas Frenzel
      Frenzel Law Group
      120 W. Madison, #1407
      Chicago, IL 60602

      Attorney for Plaintiff

      */s/ Rodney A. Harrison*
      Attorney for Defendant

23687787.1