IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CLOUTIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01146 |
| | ) | |
| TRANS STATES HOLDINGS, INC., | ) | |
| and GOJET AIRLINES, LLC | ) | |
| | ) | |

## **DEFENDANT TRANS STATE HOLDINGS' MOTION TO DISMISS**

Defendant Trans States Holdings, Inc. ("TSH"), by and through it undersigned counsel, respectfully requests that that this Court dismiss, with prejudice, Plaintiff John Cloutier's ("Plaintiff") Complaint. In support of this Motion, as detailed in its contemporaneously-filed Memorandum of Law in Support, TSH states as follows:

1. Plaintiff's Complaint ("Complaint") alleges violations of the Family and Medical Leave Act ("FMLA"), Americans with Disabilities Act ("ADA"), and Age Discrimination in Employment Act ("ADEA"), relating to his employment with GoJet.

2. Under Fed. R. Civ. P. 12(b)(2) and 12(b)(6), this Court should dismiss with prejudice the Complaint.

3. *First,* this Court lacks personal jurisdiction over TSH, because it does not conduct business in Illinois, nor did it employ Plaintiff.

4. *Second,* Plaintiff failed to allege facts to establish that TSH was his employer for liability under the FMLA, the ADA, or the ADEA.

5. *Third,* even if the Court finds Plaintiff properly pleaded TSH as his employer and that it has personal jurisdiction over the company, Plaintiff's claims against TSH must be

dismissed pursuant to the collective bargaining agreement, as discussed extensively in Defendant GoJet's Memorandum in Support of its Motion to Dismiss.

6. For further discussion of the grounds supporting this Motion, TSH refers the Court to its contemporaneously-filed Memorandum of Law.

**WHEREFORE**, Defendant Trans States Holdings, Inc. respectfully requests that the Court enter an order dismissing with prejudice Plaintiff's Complaint; and awarding any other relief that the Court deems just and proper.

Dated: February 1, 2016.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART

*/s/ Rodney A. Harrison*
Rodney A. Harrison, #44566MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
rodney.harrison@ogletreedeakins.com

and

Michael D. Ray, #6285109
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60603-1891
Telephone: 312-558-1220
michael.ray@ogletreedeakins.com

*/s/ David J.A. Hayes, III*
David J.A. Hayes, III, USDC NDIL#6230976
Leslie Cavender
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, Missouri 63044
Phone: (314) 222-4316
Facsimile: (314) 222-4311

                Attorneys for Defendant
                Trans States Holdings, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Court on the 1st day of February, 2016, which sent electronic notification to all counsel of record, as well as sent via U.S. Mail to the following:

        Nicholas Frenzel
        Frenzel Law Group
        120 W. Madison, #1407
        Chicago, IL 60602

        Attorney for Plaintiff

                */s/ Rodney A. Harrison*
                Attorney for Defendant

23693410.1