**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN CLOUTIER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-01146 |
| | ) | |
| v. | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| GOJET AIRLINES, LLC, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT GOJET AIRLINES, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant GoJet Airlines, LLC ("GoJet") moves under Federal Rule of Civil Procedure 56 and Local Rule 56.1, for Summary Judgment in its favor and against Plaintiff, for all claims in Plaintiff's Complaint. In support, as set forth more fully in its Memorandum in Support and accompanying Local Rule 56.1 Statement of Facts, GoJet states as follows:

1.      Plaintiff's Complaint ("Complaint") alleges violations of the Family and Medical Leave Act ("FMLA") and Americans with Disabilities Act ("ADA"), relating to his employment with GoJet.

2.      Plaintiff's ADA claim fails because (a) he was not a qualified individual with a disability; (b) he cannot show that his alleged disability – diabetes – was a but-for cause for his termination; and (c) he failed to participate in the interactive process to determine a reasonable accommodation.

3.      Plaintiff's FMLA interference claims fail because (a) Plaintiff was not able to return to work after twelve weeks of FMLA leave; (b) the alleged technical violations of the FMLA did not harm Plaintiff; and (c) GoJet was justified in approving Plaintiff's leave only

through July 31, based on his physician's certification and therefore allowed to request recertification.

4.      Plaintiff's FMLA retaliation claims fail because he has no evidence that his request for FMLA leave caused GoJet to terminate his employment.

5.      Because no disputed genuine issues of material fact exist as to any of Plaintiff's claims, summary judgment in favor of GoJet warranted.

6.      For further discussion of the grounds warranting summary disposition, GoJet respectfully refers the Court to its contemporaneously-filed: (a) Local Rule 56.1 Statement of Facts; (b) Appendix containing record support for those facts; and (c) Memorandum in Support of this Motion.

**WHEREFORE**, GoJet respectfully requests that the Court enter summary judgment in its favor, and dismiss Plaintiff's Complaint in its entirety.

Dated: November 1, 2017,                              Respectfully submitted,

*/s/ Rodney A. Harrison*
David J.A. Hayes, III, USDC NDIL#6230976
Leslie Cavender, #63461MO
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, Missouri 63044
Phone: (314) 222-4316
Facsimile: (314) 222-4311

and

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

Rodney A. Harrison, #44566MO
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone:  314-802-3935
Facsimile:  314-802-3936
rodney.harrison@ogletreedeakins.com

and

Michael D. Ray, #6285109
Jennifer L. Colvin, #6274731
John L. Hayes, #6275099
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60603-1891
Telephone:  312-558-1220
michael.ray@ogletreedeakins.com
jennifer.colvin@ogletreedeakins.com
john.hayes@ogletreedeakins.com

Attorneys for Defendant GoJet Airlines, LLC

31848066.1