# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CLOUTIER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-01146 |
| | ) | |
| v. | ) | Hon. Matthew Kennelly |
| | ) | |
| GOJET AIRLINES, LLC. | ) | |
| | ) | |
| Defendant. | ) | |

## GOJET AIRLINES, LLC'S RENEWAL OF MOTION FOR JUDGMENT AS A MATTER OF LAW, FOR A NEW TRIAL, OR, IN THE ALTERNATIVE, TO AMEND THE COURT'S FINDINGS REGARDING DAMAGES

Defendant GoJet Airlines, LLC ("GoJet"), pursuant to Federal Rule of Civil Procedure 50, respectfully moves the Court for an order entering judgment as a matter of law in their favor and against Plaintiff on Plaintiff's claims of FMLA interference. In the alternative, GoJet moves the Court for an order granting GoJet a new trial on Plaintiff's FMLA interference claims, pursuant to Federal Rule of Civil Procedure 59. And finally, in the alternative, GoJet moves the Court to amend the Court's prior findings regarding damages pursuant to Federal Rule of Civil Procedure 52.

In support of this Motion, GoJet relies upon the accompanying Memorandum in Support of GoJet's Renewal of Motion for Judgment as a Matter of Law, for a New Trial, or in the Alternative, to Amend the Court's Findings Regarding Damages, filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in GoJet's Memorandum in Support of GoJet's Renewal of Motion for Judgment as a Matter of Law, for a New Trial, or in the Alternative, to Amend the Court's Findings Regarding Damages, Defendant GoJet Airlines, LLC respectfully requests that the Court enter judgment in its favor on Plaintiff's claims of FMLA interference

(Counts 1, 3, 5, 10 and 11), or in the alternative, grant a new trial on Plaintiff's FMLA interference claims (Counts 1, 3, 5, 10 and 11), or in the second alternative, amend its findings regarding damages to only award Plaintiff back wages and lost health insurance through May 22, 2017.

Dated: February 21, 2019,	Respectfully submitted,

*/s/ Rodney A. Harrison*

David J.A. Hayes, III, USDC NDIL#6230976
Leslie Cavender, #63461MO
Trans States Holdings, Inc.
11495 Navaid Road
Bridgeton, Missouri 63044
Phone: (314) 222-4316

and

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART

Rodney A. Harrison, #44566MO
Julia B. Drafahl, #6319129
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
Telephone: 314-802-3935
Facsimile: 314-802-3936
rodney.harrison@ogletreedeakins.com
julia.drafahl@ogletreedeakins.com

and

Taylor N. Rollinson #6293657
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60603-1891
Telephone: 312-558-1220
taylor.rollinson@ogletreedeakins.com

Attorneys for Defendant GoJet Airlines, LLC

37496771.1